**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**RHODE ISLAND AIRPORT CORPORATION, INC.**

**VS.** **C. A. NO. 07-300 S**

**GENERAL STAR INDEMNITY COMPANY**

**(Providence County Superior Court C. A. No. PC 07-3407)**

**AMENDED NOTICE OF REMOVAL**

Defendant General Star Indemnity Company (hereinafter "General Star"), in accordance with the provisions of 28 U.S.C. § 1446, hereby petitions this Court to remove this action from the Superior Court for the County of Providence, State of Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for removal, General Star states as follows:

1. On or about July 6, 2007, Plaintiff filed a civil action against General Star in Rhode Island Superior Court, entitled Rhode Island Airport Corporation, Inc. v. General Star Indemnity Company, Civil Action No. 07-3407 (the "State Court Action"). Copies of all process, pleadings and orders served on General Star in the State Court Action are attached to this Petition as Exhibit A.

2. General Star was served with the Complaint on July 10, 2007. As required by 28 U.S.C. § 1446(b), this Petition is filed within thirty days after service of process. A copy of the Complaint and Summons is included in Exhibit A.

3. This action may be removed to this Court in accordance with 28 U.S.C. §§ 1332 and 1441, because the action involves a controversy between citizens of different states and the amount in controversy exceeds $75,000 exclusive of interest and costs.

4. Plaintiff alleges that it is a public corporation organized under the laws of Rhode Island, with a principal place of business in the State of Rhode Island.

5. General Star is a Connecticut corporation, not incorporated in the State of Rhode Island, or pursuant to the laws of the State of Rhode Island, which maintains its principal place of business in the State of Connecticut, County of Fairfield.

6. In accordance with 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served this day upon Plaintiff's counsel and will also be sent by messenger this day to the Rhode Island Superior Court for filing.

WHEREFORE, on the basis of the foregoing, General Star respectfully requests that this action be removed to the United States District Court for the District of Rhode Island.

**GENERAL STAR INDEMNITY COMPANY**
**By its Counsel,**

/s/ Dennis E. Carley
Dennis E. Carley (#3218)
Roberts, Carroll, Feldstein & Peirce, Inc.
10 Weybosset Street
Providence, Rhode Island 02903
(401) 521-7000 (P)
(401) 521-1328 (F)

**CERTIFICATION**

I hereby certify that a true copy of the foregoing has been hand-delivered on this 9th day of August, 2007 to:

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818

/s/ Jason C. Preciphs

**ECF CERTIFICATION**

In addition to being filed with the Clerk of the Court on August 9, 2007, I hereby certify that on this 10th day of August, 2007 a copy of the within document has been filed electronically through the CM/ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record:

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818
szurier@tllaw.com

/s/ Dennis E. Carley