2012-9:DEC:JCP
328008

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

RHODE ISLAND AIRPORT CORPORATION, INC.

VS.

C. A. NO. PC 2007-3407

GENERAL STAR INDEMNITY COMPANY

**NOTICE OF FILING OF PETITION OF REMOVAL**

Please take notice that the Defendant, General Star Indemnity Company has on August 9, 2007, filed a Notice for Removal, a copy of which is attached hereto in the office of the Clerk of the United States District Court for the District of Rhode Island.

GENERAL STAR INDEMNITY COMPANY
By Its Attorneys,

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

**CERTIFICATION**

I hereby certify that a true copy of the foregoing has been hand-delivered on this 9th day of August 2007:

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818