STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-3407 RI AIRPORT CORP V GENERAL STAR INDEMNITY CO

Filing Date: 07-06-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 08-10-2007

Plaintiff: RHODE ISLAND AIRPORT CORP
ID: @10914358
Attorney: SAMUEL ZURIER

Defendant: GENERAL STAR INDEMNITY COMPANY
ID: @10914362
Attorney: DENNIS CARLEY

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-06-2007 | COMPLAINT FILED | |
| 07-06-2007 | INITIAL FILING FEE | |
| 07-06-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP251900. |
| 07-12-2007 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: GENERAL STAR INDEMNITY COMPANY |
| 07-20-2007 | ENTRY OF APPEARANCE | DENNIS CARLEY ENTERS<br>Affiliated: GENERAL STAR INDEMNITY COMPANY |
| 07-25-2007 | STIPULA FILED,EXTEN OF TIME | DEFT SHALL HAVE UNTIL 08-14-07 TO ANSWER |
| 08-09-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT =- CASE #07-CV-300 |
| 08-10-2007 | NOTICE | AMENDED NOTICE OF FILING OF PETITION OF REMOVAL |
| 08-10-2007 | ORDER ENTERED DURING DISCOV | CASE IS REMOVED TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT COURT OF RHODE ISLAND. CASE # 07-300S |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Rhode Island