DEC/pap 2012-9
328799 8/20/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AIRPORT CORPORATION, INC.

VS. C. A. NO. 07-300 S

GENERAL STAR INDEMNITY COMPANY

## STIPULATION

The undersigned agree that Defendant, General Star Indemnity Company, has until August 24, 2007, within which to file an Answer to Plaintiff's Complaint.

/s/ Samuel D. Zurier

Samuel D. Zurier #3576
Tillinghast Licht LLP
Attorneys for Plaintiff
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-456-1200

/s/ Dennis E. Carley

Dennis E. Carley #3218
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Attorneys for Defendant
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328

Date: August 20, 2007