UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Rhode Island Airport Corporation, Inc.
Plaintiff(s)

v. Dkt. No. 07-300S

General Star Indemnity Company
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/~~Defendant~~ Rhode Island Airport Corporation, Inc. hereby moves that ______________________ be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Rhode Island Airport Corporation, Inc.
(Plaintiff/Defendant)

By: Samuel Zurier, Esquire
Bar ID No. 3576
Address: 10 Weybosset Street
Providence, RI 02903

DATED: September 14, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State(s) of Pennsylvania and New Jersey and of the following Federal District Court and/or Court of Appeals Bar(s) Eastern District of Pennsylvania and Eastern District of New Jersey and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

Case 1:07-cv-00300-S-DLM Document 9 Filed 09/14/2007 Page 2 of 2

Form 1 (cont'd)

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

Signature of *Pro Hac Vice* Applicant

Lev Kalman — PA 89844
Print Name — State Bar ID #

Blank Rome LLP
Firm Name

One Logan Square
Philadelphia, PA 19103
Business Address

(215) 569-5366
Tel. #

(215) 832-5366
Fax #

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Samuel Zurier — #3576
Print Name — RI Bar ID #

Tillinghast Licht LLP
Firm and Business Address
10 Weybosset Street
Providence, RI 02903

Tel. # (401) 456-1226 — Fax # (401) 456-1210

**ORDER**

This is motion hereby Granted

District Judge

Date: 9/18/07