DEC/pap 2012-9
341697 1/22/08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| **v.** | : | **C.A. No. 07-300 S** |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**MOTION TO ENLARGE THE TIME WITHIN WHICH TO COMPLY WITH PRE-TRIAL ORDER**

Defendant, General Star Indemnity Company (hereinafter "General Star"), moves for an Order modifying the fact discovery deadline and other deadlines set forth in the Pre-Trial Order. A memorandum in support of this motion is attached and counsel for the plaintiff has indicated that the plaintiff will not oppose the motion.

DEFENDANT
GENERAL STAR INDEMNITY COMPANY
By Its Attorney,

/s/ Dennis E. Carley

Dennis E. Carley (#3218)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on January 24, 2008:

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818
szurier@tllaw.com

David N Zeehandelaar
Blank, Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
zeehandelaar@blankrome.com

and via other means to:

Lev Kalman, Esq.
Blank, Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/ Dennis E. Carley

DEC/pap 2012-9
341698 1/22/08

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| **v.** | : | **C.A. No. 07-300 S** |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S**

**MOTION TO ENLARGE THE TIME TO COMPLY WITH PRE-TRIAL ORDER**

On October 3, 2007, the Honorable William E. Smith entered a Pre-Trial Order in this case. The Pre-Trial Order directed the parties to close fact discovery by February 4, 2008 and established the date of February 18, 2008 as a deadline for the filing of dispositive motions. The court also directed the parties to submit Pre-Trial Memoranda on March 3, 2008 if no dispositive motions were filed with the court.

Defendant now moves to enlarge the time to comply with the Pre-Trial Order as additional discovery needs to be done. Specifically, there are a number of depositions that need to be done in order to properly present this case.

Fact witness discovery in the Federal Court litigation is being done in conjunction with the companion state court litigation. Accordingly, the schedules of numerous lawyers have to be coordinated with the various fact witnesses. The Court may recall that the underlying incident that led to the Federal Court declaratory judgment action centers on an incident in which a skydiver was seriously injured by a moving propeller of a plane that had dropped her from the sky. In any event, the first stage of the pilot's deposition was completed

on January 21, 2008. The pilot's deposition is scheduled to be completed on March 10, 2008, and also on that date the owner of the aircraft will be deposed. The plaintiff's deposition is scheduled for February 12, 2008. Additionally, three fact witnesses—Robert Gow, John Martin and Ken Thomas, need to be deposed so this case can be fully developed factually before the anticipated filing of motions for summary judgment. Accordingly, General Star moves to enlarge the fact discovery closure date from February 4, 2008 to April 4, 2008, and to enlarge the date on which to file dispositive motions from February 18, 2008 to April 18, 2008. Finally, General Star moves to enlarge the date for the filing of any Pre-Trial Memoranda to thirty days after a decision on any dispositive motion, or if no dispositive motions are filed, to May 3, 2008.

Counsel for the plaintiff has indicated that the plaintiff will not oppose the motion.

DEFENDANT
GENERAL STAR INDEMNITY COMPANY
By Its Attorney,

/s/ Dennis E. Carley

Dennis E. Carley (#3218)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on January 24, 2008:

Samuel D. Zurier, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818
szurier@tllaw.com

David N Zeehandelaar
Blank, Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
zeehandelaar@blankrome.com

and via other means to:

Lev Kalman, Esq.
Blank, Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/ Dennis E. Carley