UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND AIRPORT CORPORATION, INC. | : | |
| v. | : | C.A. No. 07-300 S |
| GENERAL STAR INDEMNITY COMPANY | : | |

## ENTRY AND WITHDRAWAL OF APPEARANCE

Samuel D. Zurier hereby withdraws his appearance as counsel on behalf of defendant Rhode Island Airport Corporation.

Lori Caron Silveira hereby enters her appearance as counsel for defendant Rhode Island Airport Corporation.

Samuel D. Zurier (#3576)
TILLINGHAST LICHT LLP
Ten Weybosset Street, 10th Floor
Providence, RI 02903
Tel.: (401) 456-1200
Fax: (401) 456-1210

February 6 , 2008

Lori Caron Silveira (#3002)
TILLINGHAST LICHT LLP
Ten Weybosset Street, 10th Floor
Providence, RI 02903
Tel.: (401) 456-1200
Fax: (401) 456-1210

February 6 , 2008

## CERTIFICATION

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on February 6th, 2008:

Dennis E. Carley
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903

David N Zeehandelaar
Blank, Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
zeehandelaar@blankrome.com