**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| v. | : | **C.A. No. 07-300 S** |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**MOTION TO ENLARGE THE TIME WITHIN WHICH TO COMPLY WITH PRE-TRIAL ORDER**

Plaintiff, Rhode Island Airport Corporation (hereinafter "RIAC"), moves for an Order modifying the dispositive motion deadline and other deadlines set forth in the Pre-Trial Order as Amended by the Court on January 24, 2008. A memorandum in support of this Motion is attached and counsel for the Defendant has indicated that the Defendant will not oppose the Motion.

PLAINTIFF
RHODE ISLAND AIRPORT CORPORATION

By Its Attorneys,

TILLINGHAST LICHT LLP

/s/Lori Caron Silveira
Lori Caron Silveira (#3576)
10 Weybosset Street
Providence, RI 02903-2818

BLANK ROME, LLP

/s/ David N. Zeehandelaar
By: David N. Zeehandelaar
*Admitted pro hac vice*

One Logan Square
Philadelphia, PA 19103-6998

*Counsel for Plaintiff Rhode Island Airport Corporation*

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on April 1, 2008:

Lori Caron Silveira, Esq.
Tillinghast Licht LLP
10 Weybosset Street
Providence, RI 02903-2818

Dennis Carley, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903

/s/ Lev Kalman