EXHIBIT
D. Cloutier 4
LS/NP 1-9-08

