# BOSTON-PROVIDENCE SKYDIVING CENTER

## DROPZONE RULES

- Gear, logbook, waiver, and USPA checked before manifesting.
- Pre-pay for all jumps.
- Each person shall manifest for himself or herself.
- Canopies must be open at or above 3000' AGL.
- Avoid crossing Runway 05-23 below 1000' AGL.
- Please follow a left traffic pattern.
- Land in the appropriate landing area. (See diagram below)
- Smoking is allowed only in designated areas.
- Gear will not be stored at the Drop Zone.
- Be safe. Have fun. Think.




By my signature below, I certify that I have read and understand the rules stated above.

Signature: ______________________ Date: 8/17/02

RIAC0282

15-02 29 SEP 02 1