MAY. 4. 2007 2:12PM ...ERAL STAR CLAIMS NO. 469 P. 9

# GENERAL STAR INDEMNITY COMPANY

695 EAST MAIN STREET
PO BOX 10354
STAMFORD, CONNECTICUT 06904-2354
A Stock Insurance Company

## COMMON POLICY DECLARATIONS

POLICY # IXA579861 RENEWAL OF POLICY #

THE POLICY HEREON CANNOT BE CANCELLED FLAT. A PREMIUM CHARGE BASED ON POLICY CONDITIONS WILL BE MADE SUBJECT TO MINIMUM EARNED PREMIUM OF $ 450 — POLICY FEES INSPECTION FEES OR FILING FEES ARE FULLY EARNED AT INCEPTION TAXES, IF ANY WILL BE RETAINED ON EARNED PREMIUMS ONLY

1 NAMED INSURED: BOSTON PROVIDENCE SKYDIVING, BLUE SKIES SKYDIVING INC., DBA

MAILING ADDRESS: C/O ROBERT SPENCER, 901 BERNON STREET, APT. #238, WOONSOCKET, RI 02895

2 POLICY PERIOD From 03/27/2002 to 03/27/2003 at 12 01 A M Standard Time at your mailing address shown above

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY

UPDATE IN ACCESS
APR 12 2002

3 THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT

RECEIVED
APR 10 2002

| | PREMIUM |
|---|---|
| Commercial Property Coverage Part | $ |
| Commercial Inland Marine Coverage Part | $ |
| Commercial General Liability Coverage Part | $ 1,500 00 |
| Products/Completed Operations Liability Coverage Part | $ |
| Owners and Contractors Protective Liability Coverage Part | $ |
| Liquor Liability Coverage Part | $ |
| _______ Coverage Part | $ |
| TOTAL PREMIUM | $ 1,500.00 |
| STATE SURPLUS TAX ( 3.00%) | $ 45.00 |
| POLICY FEE | $ |
| | $ |
| | $ |
| | $ |
| (...at inception) | $ 1,545 00 |

APP ID NUMBER(S) ________
(REQUIRED if SUBMIT/PRIOR APPROVAL business)
Prior Approval by ________
(General Star Underwriter)
Inspection Report
Ordered ________
Attached ________
Not Required ________
Underwriter in Producer's Office
BARBARA KELLEY
(required for every policy)

THIS INSURANCE CONTRACT HAS BEEN PLACED WITH AN INSURER NOT LICENSED TO DO BUSINESS IN THE STATE OF RHODE ISLAND BUT ELIGIBLE AS A SURPLUS LINES INSURER. THE INSURER IS NOT A MEMBER OF THE RHODE ISLAND INSURERS INSOLVENCY FUND. SHOULD THE INSURER BECOME INSOLVENT, THE PROTECTION AND BENEFITS OF THE RHODE ISLAND INSURERS INSOLVENCY FUND ARE NOT AVAILABLE.

4 FORM OF BUSINESS:
☐ Individual ☐ Partnership ☐ Limited Liability Company
☐ Joint Venture ☒ Organization (Other than Partnership, Joint Venture or Limited Liability Company)

5 BUSINESS DESCRIPTION OFFICE

6 FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy)

See Schedule of Forms & Endorsements GSI-04-FORMSCH (1-01)

THESE COMMON POLICY DECLARATIONS, AND OTHER APPLICABLE COVERAGE PART DECLARATIONS, TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND FORMS AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE ABOVE NUMBERED POLICY

COUNTERSIGNED AT EAST PROVIDENCE, RI BY Katherine M. Kelley
Authorized representative or countersignature, whichever applies

DATE 04/03/2002 PRODUCER CODE 10700
SANDY

PRODUCER NAME E.A. KELLEY CO., RI INC.
COMPANY

GSI-04-CP00D (1/01)

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

MAY. 4. 2007 12:12PM G...RAL STAR CLAIMS NO. 469 P. 10

# GENERAL STAR INDEMNITY COMPANY
## COMMERCIAL GENERAL LIABILITY DECLARATIONS

POLICY # IXA579861

1 LIMITS OF INSURANCE

| | | |
|---|---|---|
| EACH OCCURENCE LIMIT | $ 1,000,000 | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $ 50,000 | Any one premises |
| MEDICAL EXPENSE LIMIT | $ EXCLUDED | Any one person |
| PERSONAL & ADVERTISING INJURY LIMIT | $ 1,000,000 | Any one person or organization |
| GENERAL AGGREGATE LIMIT | $ 2,000,000 | |
| PRODUCTS/COMPLETED OPERATIONS AGGREGATE LIMIT | $ EXCLUDED | |

2 LOCATION(S) OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

| Loc# | Address |
|---|---|
| 1 | 6 ALBION ROAD, LINCOLN, RI 02865 |

3

| LOC # | CLASSIFICATION | CODE NO | KEY LTR | PREMIUM BASIS | RATES Prem/Ops | RATES Prod/Comp Ops | ADVANCE PREMIUM Prem/Ops | ADVANCE PREMIUM Prod/Comp Ops |
|---|---|---|---|---|---|---|---|---|
| 1 | BUILDINGS OR PREMISES-OFFICE-OTHER THAN - NOT FOR PROFIT | 61226 | A | 600 | 659.480 | EXCLUDED | 1,350 | EXCLUDED |
| | TWO ADDITIONAL INSUREDS @ $75.00 | | | | | | 150 | |
| | | | | | SUBTOTAL | | 1,500 | |
| | | | | | TOTAL ADVANCE PREMIUM | | 1,500 | |

Audit period annual unless otherwise stated ______________________

4 FORMS AND ENDORSEMENTS FORMING A PART OF THIS COVERAGE PART AND MADE PART OF THIS POLICY ON ITS EFFECTIVE DATE.

See Schedule of Forms & Endorsements GSI-04-FORMSCH (1-01)

5 RETROACTIVE DATE ______________ (Applies only to CG 00 02 - Claims Made Commercial General Liability Coverage Form. If Blank, Retroactive Date is the inception date of this policy shown under Item 2 POLICY PERIOD of the COMMON POLICY DECLARATIONS)

a Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date shown above and Coverage B of this insurance does not apply to "personal and advertising injury" caused by an offense committed before the Retroactive Date shown above

b If applicable, the Retroactive Date for the insurance provided by some endorsements that are attached to and form a part of this Coverage Part may be different from the Retroactive Date shown above. In that case, the Retroactive Date applicable to the insurance provided by such endorsements will be shown in those endorsements.

THESE DECLARATIONS ARE PART OF THE COMMON POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD

GSI-04-CGLDEC (1/01) COMPANY

A True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# SCHEDULE OF FORMS AND ENDORSEMENTS (Continued)

Endorsement No /Edition Date/Form Description

GSI-04-FORMSCH (01-01)



True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

POLICY NUMBER IMA579861

COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

1 Designation of Premises (Part Leased to You) 6 ALBION ROAD, LINCOLN, RI 02865

2 Name of Person or Organization (Additional Insured) HAWTHORNE AVIATION, INC.
210 AIRPORT ROAD
NORTH KINGSTON, RI 02852
WARWICK, RI 02886

3 Additional Premium 75.00

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions

This insurance does not apply to

1 Any "occurrence" which takes place after you cease to be a tenant in that premises

2 Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule

rue Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island


Copyright, Insurance Services Office, Inc , 1994

POLICY NUMBER IMA579861 COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

1 Designation of Premises (Part Leased to You) 6 ALBION ROAD, LINCOLN, RI 02865

2 Name of Person or Organization (Additional Insured) RHODE ISLAND AIRPORT CORP. / TF GREEN AIRPORT
2000 POST ROAD
WARWICK, RI 02886

3 Additional Premium 75.00

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement)

WHO IS AN INSURED (Section II) is amended to include as an Insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions

This insurance does not apply to

1 Any "occurrence" which takes place after you cease to be a tenant in that premises

2 Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

 Copyright, Insurance Services Office, Inc., 1994 

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

CG 21 44 07 98

# LIMITATION OF COVERAGE TO DESIGNATED PREMISES OR PROJECT

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

| | | | |
|---|---|---|---|
| Endorsement effective | 03/27/2002<br>12 01 A M standard time | Policy No | IMA579861 |
| Named Insured | BOSTON PROVIDENCE SKYDIVING, BLUE SKYDIVING INC., DBA | Countersigned by | (Authorized Representative) |

SCHEDULE

| | |
|---|---|
| Premises | |
| Project | |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of

1 The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises, or

2 The project shown in the Schedule

True Copy Attest

Office of Clerk of Superior Court

Counties of Providence & Bristol

Providence, Rhode Island



Copyright, Insurance Services Office, Inc , 1997

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

CG 21 16 07 98

# EXCLUSION - DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below

| | | | |
|---|---|---|---|
| Endorsement effective | 03/27/2002<br>12 01 A M standard time | Policy No | IMA579861 |
| Named Insured | BOSTON PROVIDENCE SKYDIVING, BLUE SKYDIVING INC , DBA | Countersigned by | (signature) (Authorized Representative) |

SCHEDULE

Description Of Professional Services

1 AIRPORT / SKYDIVING AND RELATED SERVICES

2

3

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

With respect to any professional services shown in the Schedule, the following exclusion is added to paragraph 2 , Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability and paragraph 2 , Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



Copyright, Insurance Services Office, Inc , 1997

# GENERAL STAR INDEMNITY COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

## COMBINED PROVISIONS ENDORSEMENT

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART

All of the following numbered paragraphs apply to this policy, unless stated here ______________

1 DEDUCTIBLE LIABILITY

| | | |
|---|---|---|
| $ | 250 | Deductible applied on a Per Claim Basis<br>($0, unless an amount is shown) |

a Our obligation, under SECTION I (other than COVERAGE C MEDICAL PAYMENTS), to pay damages for which the insured is legally liable, costs or expenses applies only to the sum of damages, costs or expenses which are in excess of any deductible amount stated above

b The deductible amount stated above applies on a per claim basis to all damages because of injury sustained by any one person or organization, and costs or expenses, as the result of any one

(1) "Occurrence",

(2) Offense, or

(3) "Business entity incident"

whichever is applicable to the claim under which coverage is being afforded

c The terms of this insurance, including those with respect to

(1) Our right and duty to defend any "suit" seeking those damages, and

(2) Your duties in the event of an "occurrence," offense, "business entity incident", claim or "suit"

apply irrespective of the application of the deductible amount

d We may pay any or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us

e The above deductible amount does not apply to salaries of our own "employee(s)"

2 EXCLUSION - ASBESTOS.

This policy does not apply to damages for which the insured is legally liable, or costs or expenses, arising out of, resulting from, caused or contributed to by asbestos or exposure to asbestos, or the costs of abatement, mitigation, removal or disposal of asbestos

This exclusion also applies to

a Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above, and

b Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage

Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island



© Copyright, General Star Management Company, Stamford, CT 1998-2000
Includes copyrighted material of Insurance Services Office, Inc., with its permission

3 NO DUTY OR RESPONSIBILITY TO SEND NOTICE WHEN WE DO NOT RENEW

a The When We Do Not Renew Condition of the condition section (SECTION IV) of any applicable coverage part is deleted from the policy

b The following applies to all Coverage Parts included in this policy

If we decide not to renew this policy we have no duty or responsibility to mail or deliver written notice of the non-renewal to any insured

4 EXCLUSION - EMPLOYMENT-RELATED PRACTICES

This policy does not apply to damages for which the insured is legally liable, or costs or expenses, arising out of, resulting from, caused or contributed to by

a Refusal to employ,

b Termination of employment,

c Coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or other employment-related practices, policies, acts or omissions, or

d Consequential injury or damage as a result of a, b, or c above

This exclusion applies

(1) Whether the insured may be liable as an employer or in any other capacity, and

(2) To any obligation to share a damages with or repay someone else who must pay damages because of the injury

5 EXCLUSION - INFRINGEMENT OR DILUTION OF INTELLECTUAL PROPERTY RIGHTS OR MISAPPROPRIATION, USE OR DISCLOSURE OF TRADE SECRETS

a The following exclusion is added to item a of 2 Exclusions of COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY under SECTION I

This insurance does not apply to

a "Personal and advertising injury"

(1) Arising out of, resulting from, caused by or contributed to by any alleged or actual infringement or dilution of intellectual property rights including copyright, title, slogan, patent, service name, service mark, trade name, trade mark, trade dress, or

(2) Arising out of, resulting from, caused by or contributed to by the misappropriation, use or disclosure of trade secrets

b Exclusion (6) of item a of 2 Exclusions of Section I - COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY is deleted and replaced by the following

(6) Arising out of a breach of contract,

c Item 14 "Personal and advertising injury" under SECTION V-DEFINITIONS, is deleted and replaced by the following

14 "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses

a False arrest, detention or imprisonment,

b Malicious prosecution,

c The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor,

d Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services, or

e Oral or written publication of material that violates a person's right of privacy

Office of the Clerk ... Providence, Rhode Island



© Copyright, General Star Management Company, Stamford, CT1999-2000
Includes copyrighted material of Insurance Services Office, Inc, with its permission

6 EXCLUSION - LEAD

This policy does not apply to any damages for which the insured is legally liable, or costs or expenses, arising out of, resulting from, caused or contributed to by

a The toxic or pathological properties of lead, lead compounds or lead contained in any materials,

b The abatement, mitigation, removal or disposal of lead, lead compounds or materials containing lead,

c Any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with parts (a) or (b) above, or

d Any obligation to share damages with or repay anyone else who must pay damages in connection with parts a, b or c above

7 MINIMUM AND DEPOSIT PREMIUM

Paragraph b of Premium Audit Condition of SECTION IV is deleted and replaced with the following

b Premium shown in this Coverage Part as advance premium is only a deposit and is an annual minimum premium At the close of each audit period we will compute the earned premium for that period Audit premiums are due and payable on notice to the first Named Insured If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, subject to our applicable minimum, we will return the excess to the first Named Insured

8 PREMIUM BASIS DESIGNATION

The Premium Bases shown on the Declarations Page and identified by key letter in parentheses applies as follows

| KEY LETTER | PREMIUM BASE | HOW RATES APPLY |
|---|---|---|
| (a) | Area | Per 1,000 square feet |
| (c) | Total Cost | Per $1,000 of total cost |
| (m) | Admissions | Per 1,000 admissions |
| (p) | Payroll | Per $1,000 of payroll |
| (s) | Gross Sales | Per $1,000 of gross sales |
| (t) | Other | Describe ____________ |
| (u) | Units | Per unit (describe) ____________ |

These premium bases are as outlined in the Insurance Services Offices Commercial Lines Manual Classification Table and Division Six General Liability Sections unless otherwise indicated in the policy Nothing herein contained shall be held to vary, waive, alter or extend any of the terms, conditions, agreements or declarations of the policy other than herein stated

9 EXCLUSION - TOTAL POLLUTION - COVERAGE A and B

a This policy does not apply to any damages, under COVERAGE A and COVERAGE B, for which the insured is legally liable, or costs or expenses arising out of, resulting from, caused or contributed to by

(1) The actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time

(2) Any loss, cost or expense arising out of any

(a) Request, demand, or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", or

(b) Claim or "suit" by or on behalf of a governmental authority or others for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of "pollutants"



© Copyright, General Star Management Company, Stamford, CT 2000, 20[illegible]
Includes copyrighted material of Insurance Services Office, Inc. [illegible]

(3) Any actual or alleged, breach of duty, negligent act, error or omission, or any insured or of any person for whose acts any insured is legally liable which results in damages, loss, cost or expense as described in (1) or (2) above

This exclusion applies whether or not such damages, costs or expenses arise out of, result from are caused or contributed by any "bodily injury" or "property damage" which may be included within the "products-completed operations hazard"

b The following exclusions are deleted from SECTION I

(1) Exclusion f under paragraph 2 Exclusions of COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY,

(2) Item (10) of Exclusion a of paragraph 2 Exclusions of COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY, and

(3) Exclusion b of paragraph 2 of COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

10 EXCLUSION - YEAR 2000 COMPUTER-RELATED AND OTHER ELECTRONIC PROBLEMS

This policy does not apply to any damages for which the insured is legally liable, or costs or expenses, arising out of, resulting from, caused or contributed to by

a Any actual or alleged failure, malfunction or inadequacy of

(1) Any of the following, whether belonging to any insured or to others

(a) computer hardware, including microprocessors,

(b) computer application software,

(c) computer operating systems and related software,

(d) computer networks,

(e) microprocessors (computer chips) not part of any computer system, or

(f) any other computerized or electronic equipment or components, or

(2) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph a (1) of this exclusion

due to the inability to correctly recognize, process, distinguish, interpret or accept the year 2000 and beyond

b Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify, or test for, any potential or actual problems described in paragraph a of this exclusion



© Copyright, General Star Management Company, Stamford, CT 1999, 2000
Includes copyrighted material of Insurance Services Office, Inc., with its permission



True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

# GENERAL STAR INDEMNITY COMPANY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## MINIMUM EARNED PREMIUM

Item 5 of Condition A Cancellation of the COMMON POLICY CONDITIONS is deleted and replaced by the following

5 If this policy is cancelled, we will send the first Named Insured any premium refund due If we cancel, the refund will be pro rata If the first Named Insured cancels, the refund may be less than pro rata and such refund will be subject to minimum earned premium of 30% of the TOTAL PREMIUM shown under item 3 of the COMMON POLICY DECLARATIONS The cancellation will be effective even if we have not made or offered a refund

GSI-04-I504 (1/01)

© Copyright, General Star Management Company, Stamford, CT1999-2000
Includes copyrighted material of Insurance Services Office, Inc., with its permission

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

POLICY NUMBER IMA579861

COMMERCIAL GENERAL LIABILITY
CG 20 11 01 96

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED - MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following

COMMERCIAL GENERAL LIABILITY COVERAGE PART

SCHEDULE

1 Designation of Premises (Part Leased to You) 6 ALBION ROAD, LINCOLN, RI 02865

2 Name of Person or Organization (Additional Insured) RHODE ISLAND AIRPORT CORP. / TF GREEN AIRPORT
2000 POST ROAD
WARWICK, RI 02886

3 Additional Premium 75.00

(If no entry appears above, the information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement )

WHO IS AN INSURED (Section II) is amended to include as an Insured the person or organization shown in the Schedule but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule and subject to the following additional exclusions

This insurance does not apply to

1 Any "occurrence" which takes place after you cease to be a tenant in that premises

2 Structural alterations, new construction or demolition operations performed by or on behalf of the person or organization shown in the Schedule

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

 Copyright, Insurance Services Office, Inc., 1994 

# ACORD INSURANCE BINDER

CSR CS

DATE 03/28/02

THIS BINDER IS A TEMPORARY INSURANCE CONTRACT, SUBJECT TO THE CONDITIONS SHOWN ON THE REVERSE SIDE OF THIS FORM.

| | |
|---|---|
| PRODUCER: PHONE (A/C, No, Ext): 401-431-9883 / 401-431-9889<br>E A KELLEY CO. R.I.,INC.<br>P O BOX 14190<br>EAST PROVIDENCE RI 02914-0190<br>BARBARA KELLEY | COMPANY: GENERAL STAR INDEMNITY CO.<br>BINDER # 12804 |
| CODE: SUB CODE: | EFFECTIVE DATE: 03/27/02 TIME: 12:01 [X] AM / PM<br>EXPIRATION DATE: 04/26/02 TIME: [X] 12:01 AM / NOON |
| AGENCY CUSTOMER ID: BOST087 | [X] THIS BINDER IS ISSUED TO EXTEND COVERAGE IN THE ABOVE NAMED COMPANY PER EXPIRING POLICY #: TMA |
| INSURED:<br>BOSTON -PROVIDENCE SKYDIVING<br>dba BOSTON-PROV SKYDIVING c/o<br>304 FRONT ST- APT A<br>LINCOLN RI 02865 | DESCRIPTION OF OPERATIONS/VEHICLES/PROPERTY (Including Location):<br>PREMISES LIABILITY -OFFICE. NO COVERAGE INTENDED FOR ANY ACTUAL SKYDIVING OR RELATED OPERATIONS. |

## COVERAGES

| TYPE OF INSURANCE | COVERAGE/FORMS | LIMITS: DEDUCTIBLE | COINS % | AMOUNT |
|---|---|---|---|---|
| PROPERTY — CAUSES OF LOSS: [ ] BASIC [ ] BROAD [ ] SPEC | DESIGNATED OFFICE LOC: 6 ALBION ROAD LINCOLN, R. I. | | | |
| GENERAL LIABILITY: [X] COMMERCIAL GENERAL LIABILITY; [ ] CLAIMS MADE [X] OCCUR; [X] GL DED $ 250 | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | $ $1 MIL |
| | | FIRE DAMAGE (Any one fire) | | $ $ 50,000. |
| | | MED EXP (Any one person) | | $ EXCL |
| | | PERSONAL & ADV INJURY | | $ $ 1 MIL |
| | | GENERAL AGGREGATE | | $ $ 2 MIL |
| | | PRODUCTS - COMP/OP AGG | | $ EXCL |
| AUTOMOBILE LIABILITY: [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | COMBINED SINGLE LIMIT | | $ |
| | | BODILY INJURY (Per person) | | $ |
| | | BODILY INJURY (Per accident) | | $ |
| | | PROPERTY DAMAGE | | $ |
| | | MEDICAL PAYMENTS | | $ |
| | | PERSONAL INJURY PROT | | $ |
| | | UNINSURED MOTORIST | | $ |
| | | | | $ |
| AUTO PHYSICAL DAMAGE — DEDUCTIBLE: COLLISION: OTHER THAN COL: | [ ] ALL VEHICLES [ ] SCHEDULED VEHICLES | [ ] ACTUAL CASH VALUE [ ] STATED AMOUNT [ ] OTHER | | $ |
| GARAGE LIABILITY: [ ] ANY AUTO | | AUTO ONLY - EA ACCIDENT | | $ |
| | | OTHER THAN AUTO ONLY: EACH ACCIDENT | | $ |
| | | AGGREGATE | | $ |
| EXCESS LIABILITY: [ ] UMBRELLA FORM [ ] OTHER THAN UMBRELLA FORM | RETRO DATE FOR CLAIMS MADE: | EACH OCCURRENCE | | $ |
| | | AGGREGATE | | $ |
| | | SELF-INSURED RETENTION | | $ |
| WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY | | [ ] WC STATUTORY LIMITS | | |
| | | E.L. EACH ACCIDENT | | $ |
| | | E.L. DISEASE - EA EMPLOYEE | | $ |
| | | E.L. DISEASE - POLICY LIMIT | | $ |
| SPECIAL CONDITIONS/ OTHER COVERAGES | PREM $ 1500. ( 30% EARNED) +3% + $95. SIGNED APPL & AFFIDAVIT REQUIRED. TERMS AS QUOTED 2/7/02. | FEES | | $ |
| | | TAXES | | $ |
| | | ESTIMATED TOTAL PREMIUM | | $ |

## NAME & ADDRESS

| | |
|---|---|
| HAWTHORNE AVIATION INC<br>+ R I AIRPORT CORP | [ ] MORTGAGEE [X] ADDITIONAL INSURED<br>[ ] LOSS PAYEE [X] LANDLORD<br>LOAN #<br>AUTHORIZED REPRESENTATIVE: Katherine McKelley, AAI CIC |

True Copy Attest: Office of Clerk of Superior Court, Counties of Providence & Bristol, Providence, Rhode Island

ACORD 75-S (1/98) NOTE: IMPORTANT STATE INFORMATION ON REVERSE SIDE ©ACORD CORPORATION 1993

GeneralStar

**General Star Management Company**
Financial Centre
P. O. Box 10354
Stamford, CT 06904-2354
Phone: (203) 328-5230
Fax: (203) 328-6744
Internet: AFuchs@generalstar.com

Ann Marie Fuchs

February 18, 2005

CERTIFIED MAIL R.R.R.
7003 0500 0002 7589 5944

Robert Spencer
BOSTON PROVIDENCE SKYDIVING
W150 Shellback Way
Mahpee, MA 02649

DENIAL OF COVERAGE

| | | |
|---|---|---|
| RE: | Insured: | BOSTON PROVIDENCE SKYDIVING |
| | Claimant: | COSTA, SUZANNE MARIE |
| | Date of Loss: | 9/29/02 |
| | Our File No.: | GS052169 |

Dear Mr. Spencer:

General Star Management Company, on behalf of General Star Indemnity Company (hereinafter collectively referred to as "General Star"), acknowledges receipt on February 10, 2005 of the above the above referenced Summons & Complaint filed in Providence, Rhode Island by the plaintiff; Suzanne Marie Costa against defendants; Daniel King, Blue Skies Skydiving Inc. d/b/a Boston-Providence Skydiving Center, et al.

It is alleged that on September 29, 2002, Ms. Costa engaged in skydiving pursuant to her agreement with Blue Skies Skydiving, Inc. Said agreement stated that Blue Skies would provide skydiving facilities and services to her. On September 29, 2002, the boarding site and landing area immediately adjacent to the boarding site were pre-determined and identified to the skydivers. As we understand it, once at the appropriate height, Ms. Costa exited the plane and began her skydive. Prior to her landing, defendant Daniel King landed the plane and taxied to the boarding site. It is alleged that at all times the plane's engines were running and the propellers were

True Copy Attest
Deputy Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

engaged and rotating. Upon landing in the landing area, Ms. Costa's parachute canopy, and Ms. Costa, were drawn into the plane's rotating propellers.

While we have not yet received a request for coverage under the policy from you, we have received a tender of defense from the insurer of codefendant, Hawthorne Aviation, Inc.

General Star provides BOSTON PROVIDENCE SKYDIVING with a commercial general liability policy under policy number IMA579861 effective 3/27/02 through 3/27/03. There is a $ 1,000,000.00 limit of liability.

The allegations bring rise to coverage issues which will be addressed below.

We refer you to the Insuring Agreements of the policy which state:

SECTION I - COVERAGES
COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and
(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and
(2) The "bodily injury" or "property damage" occurs during the policy period.

c. Damages because of "bodily injury" include damages claimed by any

True Copy Attest
Office of Clerk ... Court
Counties of Providence ... Bristol
Providence, Rhode Island

person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Your policy also contains a Definitions section which defines the following:
SECTION V - DEFINITIONS

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

12. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

Your policy also contains certain Endorsements which change the policy. We now refer you to the policy's "Limitation of Coverage To Designated Premises or Project" endorsement which reads as follows:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## LIMITATION OF COVERAGE TO DESIGNATED

## PREMISES OR PROJECT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.**

Endorsement effective 3/27/2002 Policy No. IMA579861

Named Insured: Boston Providence Skydiving,
DBA Blue Skies Skydiving, Inc.

**SCHEDULE**

| |
|---|
| **Premises:** |
| **Project:** |
| |

(If no entry appears above, information required to complete this endorsement will be shown in the

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

Declarations as applicable to this endorsement.)

This insurance applies only to "bodily injury", "property damage", "personal and advertising injury" and medical expenses arising out of:

1. The ownership, maintenance or use of the premises shown in the Schedule and operations necessary or incidental to those premises; or

2. The project shown in the Schedule.

We now direct your attention to the Schedule of Locations and Classification within the Declarations of your policy, which reads as follows:

LOCATION(S) OF ALL PREMISES YOU OWN, RENT OR OCCUPY:

| Loc # | Address |
|---|---|
| 1 | 6 Albion Road, Lincoln, RI 02865 |

| LOC | CLASSIFICATION |
|---|---|
| 1 | Buildings or Premises-Office-Other than Not for Profit |

We now refer you to the policy's Business Description located on your Common Policy Declarations, which reads as follows:

OFFICE

In addition, please refer to the following Endorsement, entitled "Exclusion-Designated Professional Services", which reads as follows:

EXCLUSION-DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the Inception date of the policy unless another date is indicated below

| | |
|---|---|
| Endorsement effective 3/27/2002 | Policy No IMA579861 |
| Named Insured Boston Providence Skydiving, DBA Blue Skies Skydiving, Inc. | |

SCHEDULE

Description Of Professional Services:

1. Airport / Skydiving and Related Services

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

2.

3.

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, the following exclusion is added to Paragraph 2., Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability and Paragraph 2., Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

As indicated above, it is alleged that the plaintiff was injured as a result of a skydiving incident. Pursuant to the above referenced Endorsements, this policy limits coverage to losses arising out of your premises (6 Albion Road, Lincoln, RI 02865) only. As this loss did not arise out of your building or premises, there would be no coverage under the General Star policy.

In addition to the above, pursuant to the above referenced exclusionary language, there is no coverage for any actual skydiving or related operations.

In light of the above, we will be unable to respond, defend or indemnify Boston Providence Skydiving DBA Blue Skies Skydiving, Inc., for any awards, verdicts or judgments arising out of this matter. We suggest that you forward this matter to the attention of any other insurers that may have provided you with coverage for this loss. If you do not have coverage for this loss, we suggest that you consider retaining counsel, at your own expense, to protect your interests.

By copy of this letter to Mr. Naji Malek of USAU, for the reasons stated above, we must respectfully reject his tender and likewise disclaim any obligation under the policy to his insured, Piedmont Hawthorne Aviation.

The reasons set forth in this letter for the decision to decline coverage may not be exhaustive, and are based upon information available to General Star at the present time. Other reasons may exist as additional bases for the denial of coverage under the General Star policy. Accordingly, General Star reserves the right to rely upon those additional bases to deny coverage as appropriate in light of any new information provided.

General Star specifically reserves the right to conduct additional investigation or analysis that may be warranted in the event we receive new or additional information suggesting that plaintiffs are alleging a claim involving injury or damage to which the General Star policy may apply.

A true copy. Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

None of the acts of General Star's agents, attorneys or employees are to be construed as a waiver of or operate as an estoppel, with respect to any of General Star's rights under the captioned policy. Further, no conduct of General Star or its agents, attorneys, or employees is to be construed as a waiver or surrender of General Star's policy limitations, exclusions, conditions or agreements.

General Star recognizes that there may be additional information which has been developed since the claim was tendered which may impact upon coverage under the General Star policy. Accordingly, if you have any questions, comments or additional information which either contradicts or suggests that the position of General Star is incomplete or incorrect, please forward it to my attention.

Very truly yours,

Ann Marie Fuchs

cc: David Thomas of E.A.Kelley@14014319889@faxus

Naji Malek
United States Aviation Underwriters
One Seaport Plaza
199 Water Street
New York, N.Y. 10038
File #: GV-3711

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island