**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-300-S** |
| | : | |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of Defendant, General Star Indemnity Company. Attorney Dennis Carley remains lead trial counsel.

DEFENDANT,
GENERAL STAR INDEMNITY COMPANY
By Its Attorney,

/s/ Daniel E. Burgoyne

Daniel E. Burgoyne (#7541)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
dburgoyne@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on **July 11, 2008**.

Dennis E. Carley
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
decarley@rcfp.com

David N. Zeehandelaar
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
zeehandelaar@blankrome.com

Lori Caron Silveira, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Fl.
Providence, RI 02903-1345
lsilveira@apslaw.com

and via First Class Mail to:

Lev Kalman, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/ Daniel E. Burgoyne

DEB
355468/ 7/11/08
2012-9