DEC:DEB
336600 / 11/16/07
2012-9

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| **v.** | : | **C.A. No. 07-300 S** |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant, General Star Indemnity Company, hereby moves for summary judgment pursuant to Fed. R. Civ. P. 56. In support of its motion, it relies upon the enclosed Memorandum in Support of Defendant's Motion for Summary Judgment, supporting exhibits, and the Stipulation of Undisputed Facts filed on July 11, 2008

WHEREFORE, Defendant requests that its motion be granted, and that this Court enter a judgment in its favor declaring that it has no obligation to defend Plaintiff in the underlying action, *Suzanne Marie Costa*, *et al.* v. *Daniel King*, *et al.*, C.A. No. 05-0140 (R.I. Super., filed Jan. 10, 2005), that it has no obligation to indemnify Plaintiff for any damages awarded in the underlying action, and denying all other relief requested by Plaintiff. Defendant also requests that it be awarded its costs in this action and any other relief that this Court deems appropriate.

DEFENDANT,
GENERAL STAR INDEMNITY COMPANY
By Its Attorneys,

/s/ Dennis E. Carley

Dennis E. Carley (#3218)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
decarley@rcfp.com

/s/ Daniel E. Burgoyne

Daniel E. Burgoyne (#7541)
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000 FAX (401) 521-1328
dburgoyne@rcfp.com

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was filed electronically with the Court, and notices of electronic filing were sent to the following counsel of record on **August 5, 2008**.

Lori Caron Silveira, Esq.
Adler Pollock & Sheehan
One Citizens Plaza, 8th Fl.
Providence, RI 02903-1345
lsilveira@apslaw.com

David N. Zeehandelaar
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998
zeehandelaar@blankrome.com

and via First Class Mail to:

Lev Kalman, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103-6998

/s/ Daniel E. Burgoyne