COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AIRPORT
CORPORATION, INC.

VS. C.A. NO. 07-300S

GENERAL STAR INDEMNITY
COMPANY

Deposition of **JOHN A. MARTIN**, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, on Tuesday, March 4, 2008, at the offices of Roberts, Carroll, Feldstein & Peirce, Inc., Ten Weybosset Street, Providence, Rhode Island, commencing at 10:00 a.m., before Lori R. Colwell, Notary Public.

APPEARANCES:

BLANK, ROME LLP
BY: DAVID N. ZEEHANDELAAR, ESQ.
Counsel for Rhode Island Airport Corporation, Inc.

ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
BY: DANIEL E. BURGOYNE, ESQ.
Counsel for General Star Indemnity Company

PARTRIDGE SNOW & HAHN LLP
BY: JAMES W. RYAN, ESQ.
Counsel for Piedmont Hawthorne Aviation, Inc., and RIAC

TAYLOR DUANE BARTON & GILMAN
BY: TIMOTHY J. GROVES, ESQ.
Counsel for Blue Skies Skydiving, Inc., and Robert J. Spencer

BAGUS & BEAGAN, LLC
BY: DAVID BAGUS, ESQ.
Counsel for Daniel King and Kevin McCole

RATCLIFFE BURKE HARTEN & ELIAS
BY: RICHARD ZABBO, ESQ.
Counsel for Suzanne and Carlos Costa, et al

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903
(401) 351-1660

MR. ZABBO: Objection. You can answer.
A. She looked scared, panicked. She had her hands on -- her toggles fully up, which means they were weren't in any breaking mode and she was just heading directly -- not towards the plane, but towards the tarmac, and she made no attempt to turn away. People were screaming at her to turn to the right. Even earlier, she could have turned to the left and landed on the grass. If she had turned on the right, she would have landed on the runway or crossed over the runway and landed in the field between the runways, but she just headed straight across the field until she hit the ground.
Q. Okay. Did anyone intervene at some point?
A. There was a gentleman that works for, worked for the drop zone. He like assisted jumpers getting on the plane. And when she got within reach, he grabbed her and kind of like -- he didn't pull her down, there was no way he could jump up, he wasn't on a ladder, he just reached up and grabbed her, and when she came down, the parachute collapsed and got sucked into the prop. He was just trying to restrain her, I guess, just trying to help her out.

Q. What part of her body did he grab, if you recall?
A. I couldn't say exactly. I know he reached up and grabbed whatever he could reach I guess, her legs, whatever.
Q. Was she still in the air when he grabbed her?
A. I would say a few feet. But like I said, he was on the ground, so she couldn't have been more than four or five feet off the ground, I don't think.
Q. Following that person's intervention, how much time elapsed, if you know, roughly before Ms. Costa was sucked into the propeller?
A. When she hit the ground and got sucked in or since we noticed her and she got sucked in?
Q. How long from -- You said a person tried to grab her?
A. Yes.
Q. How long from when that person made contact with her?
A. It was just a matter of seconds, I mean, five seconds, not even that. It was like bam, bam. As soon as you take the wind out of the parachute, it just collapsed, and because of the way the plane was parked, it got drawn into the prop.
Q. Do you recall which way the wind was blowing on that day?