UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

---

RHODE ISLAND AIRPORT CORPORATION, INC.,
Plaintiff,

VS. C.A. No. 07-300 S

GENERAL STAR INDEMNITY COMPANY,
Defendant.

---

- AND -

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

---

SUZANNE MARIE COSTA, CARLOS COSTA and MATTHEW COSTA, by and through Suzanne Marie Costa and Carlos, as Guardians,

Plaintiff,

VS. C.A. No. 05-0140

DANIEL KING, BLUE SKIES SKYVIDING, INC., d/b/a BOSTON-PROVIDENCE SKYDIVING CENTER, ROBERT J. SPENCER, RHODE ISLAND AIRPORT CORPORATION, INC., HAWTHORNE AVIATION - RHODE ISLAND, INC., KEVIN McCOLE and JOHN DOES,
Defendant.

---

ORIGINAL

DEPOSITION of ROBERT E. GOW taken at the request of the Defendant General Star Indemnity Company pursuant to R.I. Super. R. Civ. P. 30, before Carol A. Jeffrey, a notary public in and for the Commonwealth of Massachusetts, on March 28, 2008, commencing at 3:00 p.m. at the offices of Fletcher, Tilton & Whipple, P.C., 370 Main Street, Worcester, Massachusetts.

A P P E A R A N C E S:

FOR THE PLAINTIFF RIAC, INC.:

DAVID N. ZEEHANDELAAR, ESQ.
BLANK ROME, LLP
One Logan Square
18th & Cherry Streets
Philadelphia, Pennsylvania 19103-6998

FOR THE PLAINTIFFS RIAC, INC. AND PIEDMONT HAWTHORNE:

JAMES W. RYAN, ESQ.
PARTRIDGE SNOW & HAHN, LLP
180 South Main Street
Providence, Rhode Island 02903-7120

FOR THE DEFENDANT GENERAL STAR INDEMNITY COMPANY:

DANIEL E. BURGOYNE, ESQ.
ROBERTS CARROLL FELDSTEIN & PEIRCE
Ten Weybosset Street
Providence, Rhode Island 02903-2808

that day with respect to the accident, starting at what point did you notice the person in the moments prior to the accident.

A. I hadn't yet manifested for a skydive, I was preparing to. I was out in the boarding area assisting with the loading. My coach was on that current flight.

I was talking to I believe an individual named Darren, and we were just below the right wing tip of the plane. I had a ball cap on with a visor on it, and as I was talking to Darren, I could hear off in the distance a couple of instructors. One of them was -- his name was Sinnou, I can't remember the other one's name. I remember what he looks like, but it's been several years since I've seen these people.

I could hear them yelling, because the plane had been loaded, and it was idling. I only assume Dan was doing his preflight check and checking his log for the next flight, the next load to go up. And I could hear these instructors over the idling plane and over our conversation yelling, "Turn. Turn. Turn." I could keep hearing that.

And then I looked to talk to Darren, I could see his face looking up and just a stunned look on his face. When I looked up, I could see a skydiver coming in and obviously going to overshoot the landing area.

Q. Okay. I'll stop you there. Do you know the name of that person?

A. No.

Q. I'll tell you that that person's name was Suzanne Costa. Did you know her prior to that?

A. No.

Q. Or even afterwards?

A. No.

Q. Have you ever had any contact with her?

A. Other than at that incident, no.

Q. Okay. Just to confirm, you stated that you and -- Darren was it -- were underneath the right wing?

A. Just in the boarding area to the aircraft, yes.

Q. Okay. Are you familiar with the term hot loading?

had described that the skydiver was -- that the skydiver looked as if she was going to overshoot the landing area; is that accurate?

A. Yes.

Q. Starting from that point onward, what occurred?

A. Well, I looked up, and when I saw the person coming in on a canopy, I turned to look to see where she was heading towards, and it was directly towards the front of the aircraft. And Darren by this time, by the time I turned around, Darren had already run to the front of the aircraft to try to stop her from hitting the plane.

Q. I understand. And is there some sort of divider between the grassy landing area and the tarmac, the pavement?

A. Right in that particular area, I believe there was like a nylon rope on some stakes with just maybe a three-foot entranceway just to designate where people would exit, walk around the rear of the airplane and board the aircraft.

Q. I understand. Now, when Mr. Fiske

said he went towards the front of the aircraft and attempted to stop the skydiver, did he make contact with her?

A. He did stop her from -- yes, he grabbed her by the legs as she flew into him.

Q. So had she touched down yet at that point?

A. No.

Q. Approximately what height was she when he made contact with her?

A. Her knees were approximately right at his face level, head level. And he wrapped around -- just wrapped around both her legs.

Q. Based on your observation at the time, if he had not intervened, where would she have landed?

A. On estimation, I believe she would have flown directly into the spinning propeller.

Q. As she was approaching the airport and approaching the airplane, were you standing on the same side of the aircraft as she was?

A. Yes.

Q. Okay. Once Mr. Fiske intervened, how much time -- strike that.

What happened after he made contact with her?

A. Her forward momentum took him down backwards. I saw his head hit the tarmac. And when the person in the harness is stopped, the canopy naturally continues forward motion. It continued forward, came down over the -- where they had landed on the tarmac, and the canopy itself made contact with the idling propeller.

Q. The propeller was spinning at the time?

A. Yes.

Q. And at that point, what happened to the skydiver?

A. There was a lot of noise. I'll never forget the noise of the canopy being chopped up. She was dragged in from the lines by the spinning propeller, I believe dragged along the ground, and I think she went -- was dragged around two, maybe two-and-a-half times as the propeller -- before the propeller stopped.

MR. BURGOYNE: Okay. Just for the record, can we make the map the next exhibit.

(Deposition Exhibit No. 2 marked.)

time ago, but the substance of any of those conversations?

A. No. I do remember one thing, I remember voicing an opinion that I believe Darren saved her life. I mean, there's no doubt in my mind about that.

Q. Okay. Are you familiar with any of the other employees at Blue Skies at that time?

A. Yes.

Q. Would you be able to provide any of their names, first and last if possible, but if not --

A. A couple of them are from South Africa, so some bizarre names. One is Craig, he was a photographer. He was one of the video guys that would video skydives of people. Scott Caron I believe is Scott's name, he might have been there. I don't remember if he was there. He was also a video guy.

Q. Now, can you recall if there were any video guys or videographers present at the time of the accident or on that day?

A. Where we were --

Q. Yes.

A. Yes, I learned that in my training.
Q. In your training?
A. Yes, when I initially started skydiving.
Q. And I'm sorry if you've already answered this or you don't know, but do you recall if anyone at Boston Providence Skydiving provided you with those specific out locations at the North Central State Airport?
A. Yes, a couple of instructors did over the time I was training there.
Q. Okay. And this may be my last question, but you indicated -- or when Miss Costa hit the ground on the day of the accident, can you tell me approximately how much time elapsed between that moment and when her parachute became entangled in the propeller?
A. It was immediate. I mean, as soon as Darren grabbed her and stopped or slowed her forward momentum enough, the canopy continued its forward momentum and also went down because it's attached to her, and the canopy got caught in the propeller, and as soon as it did, it pulled her into the propeller.