COPY

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AIRPORT
CORPORATION, INC.

VS. C.A. NO. 07-300S

GENERAL STAR INDEMNITY
COMPANY

Deposition of **KEN THOMAS**, taken on behalf of the Defendant, pursuant to the Federal Rules of Civil Procedure, on Tuesday, March 4, 2008, at the offices of Roberts, Carroll, Feldstein & Peirce, Inc., Ten Weybosset Street, Providence, Rhode Island, commencing at 11:30 a.m., before Lori R. Colwell, Notary Public.

APPEARANCES:
BLANK, ROME LLP
BY: DAVID N. ZEEHANDELAAR, ESQ.
Counsel for Rhode Island Airport Corporation, Inc.

ROBERTS, CARROLL, FELDSTEIN & PEIRCE, INC.
BY: DANIEL E. BURGOYNE, ESQ.
Counsel for General Star Indemnity Company

PARTRIDGE SNOW & HAHN LLP
BY: JAMES W. RYAN, ESQ.
Counsel for Piedmont Hawthorne Aviation, Inc., and RIAC

TAYLOR DUANE BARTON & GILMAN
BY: TIMOTHY J. GROVES, ESQ.
Counsel for Blue Skies Skydiving, Inc.,
and Robert J. Spencer

BAGUS & BEAGAN, LLC
BY: DAVID BAGUS, ESQ.
Counsel for Daniel King and Kevin McCole

RATCLIFFE BURKE HARTEN & ELIAS
BY: RICHARD ZABBO, ESQ.
Counsel for Suzanne and Carlos Costa, et al

REPORTING ASSOCIATES
10 Dorrance Street, Suite 617
Providence, RI 02903
(401) 351-1660

up and she actually going around.
Q. Now, you said you were waiting on the ground. Had you ever skydived before up to that point?
A. Yes, I have.
Q. When did you start skydiving?
A. Only a few months prior to that. We were just going through our classes.
Q. You went through your classes with John Martin?
A. Yes.
Q. Had you skydived at all that day?
A. To be honest with you, I do not remember.
Q. Now, I'd like for you to describe -- First off, there's a point at which the tarmac meets the grass; is that fair to say?
A. Yes.
Q. With respect to that dividing line, where did Ms. Costa land?
A. I'm going to say that she landed right on the line, right on the -- I would say on the grass right between where the tarmac met the grass itself, because people were standing against -- at the time there was like a fence with poles, like wooden poles with ropes going through it, and people were standing towards the end of that and she was going like right in that area.

Q. People were standing on the grass side?
A. On the grass, yes. They were like right on the line, you know, because the tarmac -- and there's enough room, almost a little wider than a sidewalk, the space.
Q. Now, you mentioned at some point someone made contact with Ms. Costa?
A. Yes.
Q. Do you know who that was?
A. I believe it was -- to be honest with you, I can't remember his name, but I believe it was the loadmaster at the time, a young kid.
Q. What did he do, if you recall?
A. The only thing I remember him doing, I remember him out of the corner of my eye run and then jump up and basically tackle her and kind of like bear hug her to the ground, but it was very hard to see. It was very hard to see through the people that she was around.
Q. What part of her body did he bear hug?
A. I would say her chest area.
Q. Okay. Somewhere around -- If you could see, did you notice if Ms. Costa hit the ground before the tackle, the bear hug?
A. I do not think she hit the ground, but again I did

not see if she did or not prior because she was surrounded by people.

Q. At some point her parachute interacted with the propeller of the airplane?

A. M-hm.

Q. First, what was the distance between her and the propeller approximately?

A. I would -- If I had to guess, twenty-five feet maybe.

MR. ZABBO: I didn't hear that.

THE WITNESS: Twenty-five feet, sorry, if I had to guess.

Q. And how much time elapsed between the point at which the loadmaster bear-hugged her and she was pulled into the airplane?

A. Only seconds. It wasn't that long. It was just enough for the canopy to fall, and it normally falls -- it nose-dives down.

Q. Did she say anything as she was descending that you heard?

A. Not that I heard, no.

Q. How would you describe her demeanor or --

A. What I could see, she was just looking forward. She wasn't trying any maneuvers to try to move things around. She was just looking forward.