2012-9 file



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
PROVIDENCE, SC. SUPERIOR COURT

SUZANNE MARIE COSTA, CARLOS COSTA and MATTHEW COSTA, by and through Suzanne Marie Costa and Carlos, as Guardians

VS. C.A. NO. 05-0140

DANIEL KING, BLUE SKIES SKYDIVING, INC., d/b/a BOSTON-PROVIDENCE SKYDIVING CENTER, ROBERT J. SPENCER, RHODE ISLAND AIRPORT CORPORATION, INC., HAWTHORNE AVIATION - RHODE ISLAND, INC., KEVIN McCOLE and JOHN DOES

VIDEOTAPED DEPOSITION OF SUZANNE M. COSTA, a Plaintiff in the above entitled cause, taken on behalf of the Defendants, Piedmont/Hawthorne, before Linda L. Guglielmo, RPR-RMR, a Notary Public in and for the State of Rhode Island, at the offices of Partridge, Snow & Hahn, LLP, 180 South Main Street, Providence, Rhode Island, on February 12, 2008, at 11:00 A.M.

ALSO PRESENT: William White, Videographer

ALLIED COURT REPORTERS, INC.
115 PHENIX AVENUE
CRANSTON, RHODE ISLAND 02920
(401) 946-5500

if they had given me medication, but I remember being shoved, and I kept telling him, I feel that, I remember him getting annoyed and shoving me again, and I kept telling him, I can feel that, and that's the last thing that I remember until I woke up in the hospital room.

Q. Do you agree this was the result of your parachute getting entangled in the propeller?

MR. HARTEN: Objection. Go ahead.

A. I don't believe that I would have been stuck in the propeller if it wasn't the -- wasn't for the parachute because I don't think anything would have dragged me in.

Q. And that's what happened, you didn't walk into the propeller, you got dragged into the propeller; is that right?

A. Like sucked in, yeah.

Q. And from the time you landed and straddled the grass --

A. Right.

Q. -- and the pavement and the fence, did you move in any direction before you got sucked in because you were attached to your parachute?

A. Right. The parachute is still behind me. I remember going over a little bit to the left, just

A. Correct.
Q. Okay. So, that orange corrugated fence was there in September of '02?
A. Right.
Q. Did anyone ever explain to you what was intended to be conveyed by that fence, if anything?
A. No.
Q. Now that you're looking at this piece of paper and thinking back, was that fence roughly along the line of demarcation between tandems, team, staff and D on one side and A, B, C and students and novice on the other side?
MR. HARTEN: I object. Go ahead.
A. I don't remember anybody being behind me. I never looked behind me. I just remember everybody being -- you know, just everybody was like right there. When I landed, everybody just seemed to be like right there.
Q. Now, this time when you landed, in September of -- the time you were hurt.
A. Right.
Q. You indicated that you hit the ground, you sort of bounced, I think was your term?
A. Yeah.
Q. And then very, very quickly you were sucked into

the propeller?
A. Right.
Q. At some point during this scenario, do you have a recollection of someone from the ground grabbing your legs and pulling you?
A. Pushing me, yes.
Q. I'm going to ask that. Pulling or pushing, I'm not trying to put words in your mouth. Somebody grabbed your legs and tried to move you?
A. Yes.
Q. Was that before your feet hit the ground?
A. No, right after.
Q. So your feet -- was it before or after you bounced?
A. After.
Q. So your feet hit the ground?
A. Right.
Q. Somewhat simultaneously you gave your friends a thumbs up and a yahoo?
A. Waved at them, yes.
Q. A wave and a yahoo?
A. Yes.
Q. Some short period of time after that you felt yourself bouncing off the ground, and after that you felt some other person grabbing you?

A. Right. I mean --
Q. I have the scenario correct?
A. Yes. A bounce, pull, move and then caught.
Q. Now, when your feet hit the ground and bounced, is that when one foot was on the pavement and one foot was on the grass?
THE WITNESS: Can you say that again?
Q. Yes. You told us earlier that when you landed, one foot was on the pavement and one foot was on on the grass?
A. Correct.
Q. This is the first landing to be followed by the bounce, to be followed by the grab?
A. Yes.
Q. All right. Why was one foot on the pavement, if that was not part of the landing zone?
A. That's just where I landed. I straddled.
Q. As you were coming down the last few seconds, and forgive me, I've never skydived, I take it there's some point in time when you know you're about to land?
A. Yes.
Q. You're pretty close to the ground, do you have a recollection on this occasion of any level of