Blue Skies Skydiving, Inc.
6 Albion Road
North Central Airport
Lincoln, RI 02865

Rhode Island Airport Corporation
Ted Drozdz
Chief Aeronautics Inspector
T F Green Airport
200 Post Road
Warwick, RI 02886

June 25,2003

Dear Mr. Drozdz,

Blue Skies Skydiving Incorporation, doing business as Boston-Providence Skydiving Center, (BPSC) has been in operation under the ownership of Robert Spencer since 1998. As you are aware BPSC has provided tandem, accelerated free fall and instructional services to thousands of individuals over the past 5 years.
It has been with great pride that BPSC has made many individuals smile, brought a momentary happiness and memory to some that will last a lifetime, and have shaped many others into skydivers, thereby changing their lives forever.

On February 27, 2003 approval for Blue Skies Skydiving, Inc., parachute jump operations was allowed on a provisional basis for the jump season February 1, 2003 to January 31, 2004. This decision was based on "numerous inappropriate jumper, pilot and spectator operations/activities", which were verbally discussed in person with owner/operator Robert Spencer.

Due to nature of this meeting, held on June 25, 2003, Blue Skies Skydiving, Inc., would like to go on record as stating we have followed all of the provisional requirements outlined in the contract dated and signed on February 27, 2003.

1. A current copy of our insurance coverage is filed with RIAC and Hawthorne Aviation Operations.
2. The appropriate NOTAMS and or TRACON letter of agreement is filed and copies have been provided to the Rhode Island Airport Corporation.
3. All parachute jumps are/have been conducted in compliance with FAR Part 105 and the State of Rhode Island Operations Directives 8-65-4, which govern parachute jumping.
4. Blue Skies Skydiving, Inc., ground crew have/have had radio communications with the jump aircraft in order to stop parachute jumping activities in the event of weather changes or other emergency conditions.
5. Blue Skies Skydiving, Inc., ground crew broadcast advisories describing the number of jumpers and their positions on the UNICOM frequency 123.075 (SFZ), to enhance aircraft and jumper safety.
6. Minimum opening operations altitude of the parachute is 3000 feet above the airport (AGL).
7. Two parachutes (main and reserve canopy) are worn during all pre-planned parachuting jumps.
8. There are no circumstances or conditions in which parachute-jumping activities are conducted when the surface winds are in excess of 20 knots.

9. A copy of the FAA Certificates of Waiver or Authorization for this activity are provided to the Rhode Island Airport Corporation.
10. All jumping activities are limited to the period of sunrise to sunset as published by the National Weather Service.
11. Blue Skies Skydiving, Inc., jump team ground support vehicle (golf cart) is equipped with an amber light and transceiver radio set to UNICOM frequency 123.075.
12. When not in use, the ground support vehicles are/have been parked off of any aircraft operational (movement) areas. This has included the fuel cart and golf cart.
13. All jumpers complete and have completed the pre-jump waiver form approved by RIAC. The age restrictions have not been changed from R.I. Ops Directive 8-65-4.
14. All jumpers trained elsewhere are required to be a current member of the United States Parachute Association (a liability insurance requirement).
15. All jumpers use a square main and square reserve parachute.
16. All training is conducted by certified USPA instructors in accordance with USPA approved training techniques and basic safety regulations.
17. All equipment is subject to airworthiness inspection prior to its use and shall be identified with an attached seal that is inspected. All reserve parachutes are dated and sealed appropriately by an FAA certified parachute rigger.
18. All jumping mishaps where injury, death, off-site landings or property damage occurs are immediately reported to the Office of Aeronautics Inspectors and a written report is filed.
19. All jump operations conducted at North Central Airport use the designated "Landing Zone" (LZ) as the intended point of landing. Although the jumper may deviate from the designated Landing Zone (LZ) for safety or emergency purposes, every effort is made to have jumpers on the Landing Zone side of the active runway and inside the aircraft traffic pattern to prevent crossing in front of aircraft taking off and/or landing.
20. Blue Skies Skydiving, Inc., maintains and provides a current list of staff (both jumpers and pilots) to the Rhode Island Airport Corporation, Aeronautics Inspectors.
21. Blue Skies Skydiving, Inc., maintains and provides a current list of aircraft and N numbers used in its operation to the Rhode Island Airport Corporation, Aeronautics Inspectors.
22. Tandem only parachute jump operations are being conducted under the provisions of the aforementioned approval, signed and dated on February 27, 2003.
23. Any and all changes to the parachute jump operations/aircraft type or number will first be requested in writing and approved by the Chief Aeronautics Inspector prior to implementation.
24. Exterior and interior housekeeping requirements have been followed in order to reduce foreign object damage (FOD).

Understanding that since the aforementioned and re-stated contractual agreement signed on February 27, 2003 between Blue Skies Skydiving Inc., and the Rhode Island Airport Corporation is contingent upon compliance with appropriate Federal Aviation Administrative Regulations (FAR's) and the Rhode Island Uniform Aeronautical Regulatory Act (UAR), it is noted and recognized that violation of any of these laws, rules and regulations would and will be cause for immediate termination, operation at all state airports and eviction from airport property of Blue Skies Skydiving, Inc.

As with any drop zone, Blue Skies Skydiving Incorporation, doing business as Boston-Providence Skydiving Center, has suffered injuries and non-fatal incidents along the way. Please refer to the attached documentation which indicates analyzed data from the past 4 years of Blue Skies Skydiving operational statistics.

Blue Skies Skydiving Incorporation, doing business as Boston-Providence Skydiving Center, would like to propose a request for re-authorization for accelerated free fall (AFF), to include instructor assisted freefall (IAF) and recreational/sport skydiving. Presented before the Rhode Island Airport Corporation, on this 25th day of June 2003 is a copy of Boston Providence Skydiving Center's Instructor Assisted Freefall Program Manual and the Advanced Student Training Manual.

It should be noted that Blue Skies Skydiving, Inc., also follows the governance of the Untied Parachute Association (USPA), an organization that has been established for over 25 years. Within the USPA is published the Skydivers Information Manual (SIM). This manual provides basic skydiving requirements (the Basic Safety Requirements) and recommendations agreed upon by USPA members for the conduct of safe and enjoyable skydiving. Copies of the SIM can be downloaded free of charge from the USPA website, www.uspa.org, or purchased from the USPA Store: 1440 Duke Street, Alexandria, VA 22314; (703) 836-3495; 836-2843 (fax), or e-mail store@uspa.org.

Our goal is to provide the public with the best possible Skydive Center in New England for experienced and novice jumpers alike. To employ state-of-the-art training methods, equipment, skills & knowledge for our students and provide the highest level of excellence. To promote United States Parachute Association safety requirement practices aimed at eliminating incidents in skydiving and, by doing so, make it a safe and enjoyable environment.

Blue Skies Skydiving, Inc., and all of its members respectfully beseech your time, attention and consideration in this matter. As we recognize the ultimate decision regarding our request is yours, we greatly appreciated your careful deliberation and look forward to building a professional working relationship with you in the immediate future.

Spencer — 6/25/03

Robert Spencer — Date

*President/Owner/Operator*

Blue Skies Skydiving, Inc.

Cc: Alavan S. Moder
David Cloutier
Hawthorne Aviation
William Steinkamp
Jim Warcup