**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND AIRPORT CORPORATION, INC.** | : | |
| **v.** | : | **C.A. No. 07-300-S** |
| **GENERAL STAR INDEMNITY COMPANY** | : | |

**RHODE ISLAND AIRPORT CORPORATION'S OBJECTION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Now comes Plaintiff Rhode Island Airport Corporation ("RIAC") and hereby objects to Defendant General Star Indemnity Company's Motion for Summary Judgment. In support of its objection, RIAC respectfully refers the Court to RIAC's own Motion for Summary Judgment and supporting Memorandum of Law, as well as RIAC's Reply Memorandum in Opposition to Defendant's Objection to Plaintiff's Motion for Summary Judgment.

Dated: September 9, 2008

PLAINTIFF
RHODE ISLAND AIRPORT CORPORATION
By Its Attorneys,

*<u>/s/ Lori Caron Silveira</u>*

LORI CARON SILVEIRA (#3002)
ADLER POLLOCK & SHEEHAN P.C.
One Citizens Plaza, 8th Floor
Providence, RI 02903-1345
Tel: 401-274-7200
Fax: 401-751-0604
lsilveira@apslaw.com

DAVID N. ZEEHANDELAR
*Admitted pro hac vice*
BLANK ROME, LLP
One Logan Square
Philadelphia, PA 19103-6998

# CERTIFICATE OF SERVICE

I, the undersigned counsel of record, certify that on this 9th day of September, 2008, I did serve a true copy of the within Objection to Defendant's Motion for Summary Judgment by electronic means to:

Dennis E. Carley, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903

Daniel E. Burgoyne, Esq.
Roberts, Carroll, Feldstein & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903

*/s/ Lori Caron Silveira*

*467460_1.doc*